**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust** | **CIVIL ACTION NO:** |
| **Plaintiff** | |
| | **COMPLAINT** |
| **vs.** | |
| **Douglas W. Williams, Conseco Finance Servicing Corporation, The Camden National Bank f/k/a Gardiner Savings Institution, FSB, and Bogg's Mobile Homes** | **RE:**<br>**90 Sheldon Street f/k/a 77 Sheldon Street, Farmingdale, ME 04344** |
| **Defendants** | |
| **Bureaus Investment Group** | **Mortgage:** |
| **Party-In-Interest** | **June 13, 2005**<br>**Book 8454, Page 41** |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Douglas W. Williams, as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Loan Agreement executed under seal currently owned and held

by U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, in which the

Defendant, Douglas W. Williams, is the obligor and the total amount owed under the terms

of the Loan Agreement is One Hundred Eighteen Thousand Eighty-Nine and 87/100

($118,089.87) Dollars, plus attorney fees and costs associated with the instant action; thus,

the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand

($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial

portion of the events that give rise to the Plaintiff's claims transpired in Maine and the

property is located in Maine.

## PARTIES

4. U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust is a national

association with a principal place of business located at 425 Walnut Street, Cincinnati, OH

45205.

5. The Defendant, Douglas W. Williams, is a resident of West Gardiner, County of Kennebec

and State of Maine.

6. The Defendant, Bogg's Mobile Homes, is located at 715 Camden Road, Warren, ME 04864.

7. The Defendant, Conseco Finance Servicing Corporation, is located at 332 Minnesota Street,

Suite 600, Saint Paul, MN 55101.

8. The Defendant, The Camden National Bank f/k/a Gardiner Savings Insititution, FSB, is

located at 2 Elm Street, Camden, ME 04843.

9. The Party-in-Interest, Bureaus Investment Group, is located at c/o Incorp Services, Inc., 128

State Street, 3rd Floor, Augusta, ME 04330.

## FACTS

10. On January 22, 1986, by virtue of a Warranty Deed from Daniel S. Booker, which is recorded in the Kennebec Registry of Deeds in **Book 2906, Page 164**, the property situated at 90 Sheldon Street f/k/a 77 Sheldon Street, County of Kennebec, and State of Maine, was conveyed to the Defendant, Douglas W. Williams, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

11. On June 13, 2005, the Defendant, Douglas W. Williams, executed and delivered to Beneficial Maine Inc. a certain Loan Agreement in the amount of $97,577.66. Defendant, Douglas W. Williams', personal liability is limited and/or extinguished by the Chapter 13 bankruptcy filed. *See* Exhibit B (a true and correct copy of the Loan Agreement is attached hereto and incorporated herein).

12. To secure said Loan Agreement, on June 13, 2005, the Defendant executed a Mortgage Deed in favor of Beneficial Maine Inc., securing the property located at 90 Sheldon Street f/k/a 77 Sheldon Street, Farmingdale, ME 04344 which Mortgage Deed is recorded in the Kennebec Registry of Deeds in **Book 8454**, **Page 41**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust by virtue of an Assignment of Mortgage dated October 23, 2017 and recorded in the Kennebec Registry of Deeds in **Book 12757**, **Page 321**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. On February 21, 2019, the Defendant, Douglas W. Williams, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). Defendant, Douglas W. Williams's, personal liability is limited

and/or extinguished by the Chapter 13 bankruptcy filed. *See* Exhibit E (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

15. The Demand Letter informed the Defendant, Douglas W. Williams, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit E.

16. The Defendant, Douglas W. Williams, failed to cure the default prior to the expiration of the Demand Letter.

17. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the present holder of the Loan Agreement pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Loan Agreement in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

18. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the lawful holder and owner of the Loan Agreement and Mortgage.

19. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

20. The Camden National Bank f/k/a Gardiner Savings Institution, FSB is a Defendant pursuant to a UCC Financing Statement recorded in the Kennebec County Registry of Deeds on January 28, 1986 in **Book 2907, Page 290**, which, upon information and belief, has been paid in full and should have been discharged.

21. Bogg's Mobile Homes is a Defendant pursuant to a UCC Financing Statement dated November 4, 1996, and recorded in the Kennebec County Registry of Deeds in **Book 5278,**

**Page 48**, which, upon information and belief, has been paid in full and should have been discharged.

22. Bogg's Mobile Homes is a Defendant pursuant to a UCC Financing Statement dated November 4, 1996, and recorded in the Kennebec County Registry of Deeds in **Book 5278, Page 49**, which, upon information and belief, has been paid in full and should have been discharged.

23. Conseco Finance Servicing Corporation is a Defendant pursuant to a UCC Financing Statement recorded in the Kennebec County Registry of Deeds on November 16, 2001 in **Book 6698, Page 44**, which, upon information and belief, has been paid in full and should have been discharged.

24. Bureaus Investment Group is a Party-in-Interest pursuant to a Writ of Execution in the amount of $13,476.65 dated August 14, 2014, and recorded in the Kennebec Registry of Deeds in **Book 11833**, **Page 76** and is in second position behind Plaintiff's Mortgage.

25. The total debt owed under the Loan Agreement and Mortgage as of May 3, 2019 is One Hundred Eighteen Thousand Eighty-Nine and 87/100 ($118,089.87) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $84,091.89 |
| Interest | $8,236.49 |
| Escrow/Impound Required | $5,843.73 |
| Total Advances | $7,968.41 |
| Deferred Amounts | $11,949.35 |
| Grand Total | $118,089.87 |

26. Upon information and belief, the Defendant, Douglas W. Williams, is presently in possession of the subject property originally secured by the Mortgage.

## FORECLOSURE

27. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 35 as if fully set forth herein.

28. This is an action for foreclosure respecting a real estate related Mortgage and title located at 90 Sheldon Street f/k/a 77 Sheldon Street, Farmingdale, County of Kennebec, and State of Maine. *See* Exhibit A.

29. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the holder of the Loan Agreement referenced in Paragraph 14 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Loan Agreement in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).  As such, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, has the right to foreclosure upon the subject property.

30. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the current owner and investor of the aforesaid Mortgage and Loan Agreement.

31. The Defendant, Douglas W. Williams, is presently in default on said Mortgage and Loan Agreement, having failed to make the monthly payment due June 17, 2015, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Loan Agreement.

32. The total debt owed under the Loan Agreement and Mortgage as of May 3, 2019 is One Hundred Eighteen Thousand Eighty-Nine and 87/100 ($118,089.87) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $84,091.89 |

| | |
|---|---|
| Interest | $8,236.49 |
| Escrow/Impound Required | $5,843.73 |
| Total Advances | $7,968.41 |
| Deferred Amounts | $11,949.35 |
| Grand Total | $118,089.87 |

33. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

34. By virtue of the Defendant's breach of condition, the Plaintiff hereby demands a foreclosure on said real estate, as affected by Defendant, Douglas W. Williams' bankruptcy filing and, accordingly, this action <u>does not</u> seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the subject property.

35. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Douglas W. Williams, on November 7, 2017, evidenced by the Certificate of Mailing. *See* Exhibit E.

36. The Defendant, Douglas W. Williams, is not in the Military as evidenced by the attached Exhibit F.

<u>PRAYERS FOR RELIEF</u>

WHEREFORE, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322, as affected by Defendant, Douglas W. Williams' bankruptcy filing and, accordingly, this action <u>does not</u> seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the subject property.;

b) Grant possession to the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, upon the expiration of the period of redemption;

c) Order a discharge of the UCC Financing Statement from The Camden National Bank f/k/a Gardiner Savings Institution, FSB recorded in the Kennebec County Registry of Deeds on January 28, 1986 in Book 2907, Page 290.

d) Order a discharge of the UCC Financing Statement from Bogg's Mobile Homes dated November 4, 1996, and recorded in the Kennebec County Registry of Deeds in Book 5278, Page 48.

e) Order a discharge of the UCC Financing Statement from Bogg's Mobile Homes dated November 4, 1996, and Recorded in the Kennebec County Registry of Deeds in Book 5278, Page 49.

f) Order a discharge of the UCC Financing Statement from Conseco Finance Servicing Corporation recorded in the Kennebec County Registry of Deeds on November 16, 2001 in Book 6698, Page 44.

g) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
U.S. Bank Trust, N.A., as Trustee for LSF10
Master Participation Trust,
By its attorneys,

Dated: May 2, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670